UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

            - v. -                  :       **INDICTMENT**

JEROME FLOYD,                       :       **14 CRIM 762**

            Defendant.              :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 18 2014

### COUNT ONE

(Access Device Fraud)

The Grand Jury charges:

1.   From at least in or about October 2012 up to and including at
least in or about January 2013 in the Southern District of New York
and elsewhere, JEROME FLOYD, the defendant, knowingly and with intent
to defraud, did traffic in and use unauthorized access devices during
a one-year period, and by such conduct obtained things of value
aggregating $1,000 and more during that period, to wit, the defendant
used fraudulently obtained credit cards to acquire things of value
aggregating $1,000 and more.

(Title 18, United States Code, Sections 1029(a)(2) and 2.)

### COUNT TWO

(Aggravated Identity Theft)

The Grand Jury further charges:

2.   From at least in or about October 2012 up to and including at
least in or about January 2013 in the Southern District of New York



and elsewhere, JEROME FLOYD, the defendant, knowingly did transfer,

possess, and use, without lawful authority, a means of identification

of another person, during and in relation to a felony violation

enumerated in 18 U.S.C. § 1028A(c), to wit, the felony violation

charged in Count One of this Indictment, knowing that the means of

identification belonged to another person.

(Title 18, United States Code, Sections 1028A(a)(1) & (b)(2).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**JEROME FLOYD,**

Defendant.

## INDICTMENT

14 Cr.

(18 U.S.C. §§ 1029(a)(2), 1028A(a)(1), 2.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____ Foreperson.

11-18-14 — TRUE BILL, INDICTMENT
        (WHEELED TO : JUDGE GARDEPHE)
MAG. JUDGE RONALD L. ELLIS