

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2015

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2204
New York, NY 10007

      Re:  *United States* v. *Jerome Floyd*, 14 Cr. 762 (PGG)

Dear Judge Gardephe:

      Pursuant to a conversation with Chambers, the Government respectfully writes to request that the status conference currently scheduled in this matter for May 5, 2015 be adjourned until the second week of June or a date convenient for the Court.  The parties are currently engaged in discussions about a possible disposition of this case, and believe that an adjournment of the conference will facilitate those discussions.  Defense counsel joins in the Government's request.

      The Government also respectfully requests pursuant to 18 U.S.C. §3161(h)(7)(A), and in the interest of justice, that the Court exclude time under the Speedy Trial Act until the date that the Court sets for the conference.  An exclusion of time will allow the parties to continue their discussions of a resolution of this case.  Defense counsel consents to this request.

The Hon. Paul G. Gardephe
May 4, 2015

                                              Respectfully submitted,

                                              PREET BHARARA
                                              United States Attorney

                                    By: ____/s/_____
                                              Max Nicholas
                                              Assistant United States Attorney
                                              Southern District of New York
                                              Tel:  (212) 637-1565

cc:    Brad Henry, Esq.
         Counsel for Defendant Jerome Floyd